**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: GRASSO CONSTRUCTION, THE I | § | Case No. 09-52627(JAM) |
| ORIGINAL | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Kara S. Rescia, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $576,309.29 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $635,245.49 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $89,754.51 | |

3) Total gross receipts of $725,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $725,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,095,244.25 | $3,064,863.57 | $635,245.49 | $635,245.49 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $89,754.51 | $89,754.51 | $89,754.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $411,252.10 | $411,252.10 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $467,374.13 | $747,098.77 | $2,295.90 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,283,876.19 | $7,230,965.98 | $7,167,714.38 | $0.00 |
| **TOTAL DISBURSEMENTS** | $3,846,494.57 | $11,543,934.93 | $8,306,262.38 | $725,000.00 |

4) This case was originally filed under chapter 7 on 12/23/2009, and it was converted to chapter 7 on 02/11/2014. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    01/29/2019                    By: /s/ Kara S. Rescia
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers SEE ATTACHED LIST Location: In debtor's Possession | 1129-000 | $200,000.00 |
| 1997 CAT 416C Backhoe | 1129-000 | $25,000.00 |
| Equipment SEE ATTACHED LIST Location: In debtor's possession | 1129-000 | $500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$725,000.00** |
| *[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.* | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARS II 2012-HVB, LLC | 4210-000 | NA | $327,335.12 | $327,335.12 | $327,335.12 |
| | Abele Tractor & Equipment Co. | 4210-000 | NA | $129,000.00 | $129,000.00 | $129,000.00 |
| | Caterpiller Financial Services Corp. | 4210-000 | NA | $68,618.88 | $68,618.88 | $68,618.88 |
| 1 | John Deere Construction & Forestry Company | 4110-000 | $7,178.60 | $7,205.28 | $0.00 | $0.00 |
| 2S | Department of the Treasury Internal Revenue Service | 4110-000 | NA | $543,677.19 | $0.00 | $0.00 |
| 3-4-S | Department of the Treasury Internal Revenue Service | 4300-000 | NA | $280,240.44 | $0.00 | $0.00 |
| 3-5 -S-1 | Internal Revenue Service | 4300-070 | NA | $5,439.06 | $5,439.06 | $5,439.06 |
| 3-5-S-2 | Internal Revenue Service | 4300-070 | NA | $20,765.33 | $20,765.33 | $20,765.33 |
| 3-5-S-3 | Internal Revenue Service | 4300-070 | NA | $98,013.84 | $34,118.06 | $34,118.06 |
| 3-5-S-4 | Internal Revenue Service | 4300-070 | NA | $11,627.80 | $0.00 | $0.00 |
| 9 | JP Morgan Chase Bank , N.A. Chase Auto Finance | 4110-000 | NA | $9,275.86 | $0.00 | $0.00 |
| 44-3-S | Department of Revenue Services | 4800-070 | NA | $49,969.04 | $49,969.04 | $49,969.04 |
| 44S | State Of Connecticut Department of Revenue Services C&E Division, Bankruptcy Unit | 4800-070 | NA | $52,885.74 | $0.00 | $0.00 |
| 45S | State of Connecticut Department of Labor Delinquent Accounts Unit | 4800-070 | NA | $20,112.26 | $0.00 | $0.00 |
| 49 | Caterpillar Financial Services Corporation Derek M. Johnson, Esq. The Law Offices of Derek M. Johnson, LLC | 4110-000 | $112,514.55 | $284,754.07 | $0.00 | $0.00 |
| 54 | Abele Tractor & Equipment Co. | 4110-000 | NA | $152,982.36 | $0.00 | $0.00 |
| 55 | Abele Tractor & Equipment Co. | 4110-000 | NA | $152,982.36 | $0.00 | $0.00 |

| 75 | Caterpillar Financial Services Corporation Derek M. Johnson, Esq. The Law Offices of Derek M. Johnson, LLC | 4110-000 | $69,378.61 | $68,618.88 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 76S | ARS Investors II 2012-HVB, LLC c/o Evan S. Goldstein, Esq. Updike Kelly & Spellacy, PC | 4110-000 | NA | $781,360.06 | $0.00 | $0.00 |
| N/F | CAT Financial | 4110-000 | $70,447.94 | NA | NA | NA |
| N/F | Commissioner of Revenue | 4110-000 | $80,000.00 | NA | NA | NA |
| N/F | Hudson Valley Bank | 4110-000 | $750,000.00 | NA | NA | NA |
| N/F | Premium Financing Specialists | 4110-000 | $5,724.55 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,095,244.25** | **$3,064,863.57** | **$635,245.49** | **$635,245.49** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kara S. Rescia | 2100-000 | NA | $39,500.00 | $39,500.00 | $39,500.00 |
| Trustee, Expenses - Kara S. Rescia | 2200-000 | NA | $383.67 | $383.67 | $383.67 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Bond Payments - BOND | 2300-000 | NA | $172.10 | $172.10 | $172.10 |
| Bond Payments - Kara S. Rescia, Chapter 7 Bankruptcy Trustee | 2300-000 | NA | $163.06 | $163.06 | $163.06 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $9,772.57 | $9,772.57 | $9,772.57 |
| Banking and Technology Service Fee - United Bank | 2600-000 | NA | $1,582.62 | $1,582.62 | $1,582.62 |
| Income Taxes - Internal Revenue Service (post-petition) - Internal Revenue Service | 2810-000 | NA | $4,739.24 | $4,739.24 | $4,739.24 |
| Other State or Local Taxes (post-petition) - State of Connecticut Department of Revenue Services | 2820-000 | NA | $1,868.00 | $1,868.00 | $1,868.00 |
| Other State or Local Taxes (post-petition) - State of Connecticut-Department of Revenue Services | 2820-000 | NA | $969.00 | $969.00 | $969.00 |
| Attorney for Trustee Fees (Other Firm) - Law Offices of Jeffrey Hellman, LLC | 3210-000 | NA | $22,000.00 | $22,000.00 | $22,000.00 |
| Attorney for Trustee Expenses (Other Firm) - Law Offices of Jeffrey Hellman, LLC | 3220-000 | NA | $1,004.25 | $1,004.25 | $1,004.25 |
| Accountant for Trustee Fees (Other Firm) - Blum Shapiro & Company, P.C. | 3410-000 | NA | $7,275.00 | $7,275.00 | $7,275.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$89,754.51** | **$89,754.51** | **$89,754.51** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other State or Local Taxes  - City of Norwalk Tax Collector | 6820-000 | NA | $51,884.59 | $51,884.59 | $0.00 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - Department of the Treasury Internal Revenue Service | 6950-730 | NA | $233,831.60 | $233,831.60 | $0.00 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - State Of Connecticut Department of Revenue Services C&E Division, Bankruptcy Unit | 6950-730 | NA | $68,457.07 | $68,457.07 | $0.00 |
| Prior Chapter Trade Debt - Airgas USA, LLC | 6910-000 | NA | $3,064.14 | $3,064.14 | $0.00 |
| Prior Chapter Trade Debt - WB Mason Co.Inc Attn: Lisa Fiore | 6910-000 | NA | $1,280.33 | $1,280.33 | $0.00 |
| Prior Chapter Trade Debt - Fastenal Company | 6910-000 | NA | $988.44 | $988.44 | $0.00 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - State of Connecticut Department of Labor Delinquent Accounts Unit | 6950-730 | NA | $30,490.30 | $30,490.30 | $0.00 |
| Prior Chapter Trade Debt - A.V. Tuchy Builders, Inc. | 6910-000 | NA | $21,255.63 | $21,255.63 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$411,252.10** | **$411,252.10** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department of the Treasury Internal Revenue Service | 5800-000 | NA | $207,635.17 | $0.00 | $0.00 |
| 3-4-P | Internal Revenue Service | 5800-000 | $400,000.00 | $125,117.52 | $0.00 | $0.00 |
| 20P | Trustees of the I.U.O.E. Local 478 Supplemental Un Attn: Thomas M. Brockett, Esq. Robert M. Cheverie and Associates | 5400-000 | NA | $4,331.41 | $0.00 | $0.00 |
| 21P | Trustees of the I.U.O.E. Local 478 Annuity Fund Attn: Thomas M. Brockett, Esq. Robert M. Cheverie and | 5400-000 | NA | $13,503.76 | $0.00 | $0.00 |
| 22P | Trustees of the I.U.O.E. Local No. 478 Health Bene Attn: Thomas M. Brockett, Esq. Robert M. Cheverie and Associates | 5400-000 | NA | $46,626.13 | $0.00 | $0.00 |
| 23P | Trustees of the I.U.O.E. Local 478 Pension Fund Attn:Thomas M. Brockett, Esq. Robert M. Cheverie and | 5400-000 | NA | $21,402.15 | $0.00 | $0.00 |
| 24P | I.U.O.E. Local 478 Thomas M. Brockett, Esq. Robert M. Cheverie & Associates, P.C. | 5300-000 | NA | $5,438.69 | $0.00 | $0.00 |
| 25P | Trustees of the Operating Engineers Local 478 Trai Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 5400-000 | NA | $4,586.18 | $0.00 | $0.00 |

| 26P | Connecticut Laborer's Annuity Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 5400-000 | NA | $36,038.50 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 27P | Connecticut Laborers' Health Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 5400-000 | NA | $135,865.16 | $0.00 | $0.00 |
| 28P | Connecticut Laborers' Legal Services Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 5400-000 | NA | $4,685.02 | $0.00 | $0.00 |
| 29P | Connecticut Laborers' Pension Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 5400-000 | NA | $73,878.94 | $0.00 | $0.00 |
| 30P | New England Laborers' Labor-Management Trust Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 5400-000 | NA | $2,702.89 | $0.00 | $0.00 |
| 31P | New England Laborers' Health and Safety Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 5400-000 | NA | $2,702.89 | $0.00 | $0.00 |
| 32P | Trustees of the New England Laborers' Training Tru Attn:Thomas M. Brockett Robert M. Cheverie and | 5400-000 | NA | $7,207.70 | $0.00 | $0.00 |
| 33P | Connecticut Laborers' District Council. Robert M. Cheverie & Associates | 5300-000 | NA | $14,415.43 | $0.00 | $0.00 |
| 33P | Connecticut Laborers' District Council. Robert M. Cheverie & Associates | 5300-000 | NA | $10,950.00 | $0.00 | $0.00 |

| 44P | State Of Connecticut Department of Revenue Services C&E Division, Bankruptcy Unit | 5800-000 | NA | $27,715.33 | $0.00 | $0.00 |
| 45P | State of Connecticut Department of Labor Delinquent Accounts Unit | 5800-000 | NA | $1,090.72 | $1,090.72 | $0.00 |
| 63 | New York State Department Of Taxation and Finance Bankruptcy Section | 5800-000 | NA | $1,205.18 | $1,205.18 | $0.00 |
| N/F | City of New Haven | 5800-000 | $11,263.00 | NA | NA | NA |
| N/F | City of Norwalk Tax Collector | 5800-000 | $34,688.94 | NA | NA | NA |
| N/F | State of Connecticut DOL Employment Security Division | 5800-000 | $21,422.19 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$467,374.13** | **$747,098.77** | **$2,295.90** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Department of the Treasury Internal Revenue Service | 7100-000 | NA | $6,371.82 | $0.00 | $0.00 |
| 3-4-U | Internal Revenue Service | 7100-000 | NA | $10,520.97 | $0.00 | $0.00 |
| 3-5- | Internal Revenue Service | 7300-000 | NA | $69,607.68 | $69,607.68 | $0.00 |
| 3A | Straight Line | 7100-000 | $331.25 | $543.25 | $543.25 | $0.00 |
| 4 | A Royal Flush | 7100-000 | $589.36 | $451.56 | $451.56 | $0.00 |
| 5 | Veilleux Concrete Cutting | 7100-000 | $424.00 | $496.00 | $496.00 | $0.00 |
| 6 | Brake Fire Sprinkler | 7100-000 | $3,623.64 | $3,623.64 | $3,623.64 | $0.00 |
| 7 | Arrow Concrete | 7100-000 | $43,121.00 | $42,046.28 | $42,046.28 | $0.00 |
| 8 | H.O. Penn H.O. Penn Machinery | 7100-000 | $21,902.88 | $29,029.00 | $29,029.00 | $0.00 |
| 10 | CBIA Health Insurance | 7100-000 | $6,489.28 | $5,211.96 | $5,211.96 | $0.00 |
| 11 | Sage Construction | 7100-000 | $494.54 | $0.00 | $0.00 | $0.00 |
| 12 | AJAY Construction | 7100-000 | $40,000.00 | $51,679.60 | $51,679.60 | $0.00 |
| 13 | Absolute Plumbing & Heating | 7100-000 | $6,018.12 | $10,687.10 | $10,687.10 | $0.00 |
| 14 | Airgas East | 7100-000 | $790.53 | $870.09 | $870.09 | $0.00 |
| 15 | Pepe & Hazard | 7100-000 | $34,850.88 | $34,850.88 | $34,850.88 | $0.00 |
| 17 | Zwally Hauling | 7100-000 | $68,135.00 | $67,635.00 | $67,635.00 | $0.00 |
| 18 | HTH Automatic Sprinkler | 7100-000 | $1,488.17 | $1,690.72 | $1,690.72 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| 19 | Sprint Nextel Correspondence Attn Bankruptcy Dept | 7100-000 | $760.00 | $3,326.39 | $3,326.39 | $0.00 |
| 20U | Trustees of the I.U.O.E. Local 478 Supplemental Un Attn: Thomas M. Brockett, Esq. Robert M. Cheverie and Associates | 7100-000 | NA | $9,880.15 | $9,880.15 | $0.00 |
| 21U | Trustees of the I.U.O.E. Local 478 Annuity Fund Attn: Thomas M. Brockett, Esq. Robert M. Cheverie and | 7100-000 | NA | $30,802.84 | $30,802.84 | $0.00 |
| 22U | Trustees of the I.U.O.E. Local No. 478 Health Bene Attn: Thomas M. Brockett, Esq. Robert M. Cheverie and Associates | 7100-000 | NA | $101,124.68 | $101,124.68 | $0.00 |
| 23U | Trustees of the I.U.O.E. Local 478 Pension Fund Attn:Thomas M. Brockett, Esq. Robert M. Cheverie and | 7100-000 | NA | $41,146.69 | $41,146.69 | $0.00 |
| 24U | I.U.O.E. Local 478 Thomas M. Brockett, Esq. Robert M. Cheverie & Associates, P.C. | 7100-000 | NA | $11,750.56 | $11,750.56 | $0.00 |
| 25U | Trustees of the Operating Engineers Local 478 Trai Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 7100-000 | NA | $9,019.81 | $9,019.81 | $0.00 |
| 26U | Connecticut Laborer's Annuity Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 7100-000 | NA | $42,857.50 | $42,857.50 | $0.00 |
| 27U | Connecticut Laborers' Health Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 7100-000 | NA | $134,634.39 | $134,634.39 | $0.00 |

| 28U | Connecticut Laborers' Legal Services Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 7100-000 | NA | $5,571.48 | $5,571.48 | $0.00 |
| 29U | Connecticut Laborers' Pension Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 7100-000 | NA | $78,026.12 | $78,026.12 | $0.00 |
| 30U | New England Laborers' Labor-Management Trust Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 7100-000 | NA | $3,214.32 | $3,214.32 | $0.00 |
| 31U | New England Laborers' Health and Safety Fund Attn: Thomas M. Brockett Robert M. Cheverie and Associates | 7100-000 | NA | $3,214.32 | $3,214.32 | $0.00 |
| 32U | Trustees of the New England Laborers' Training Tru Attn:Thomas M. Brockett Robert M. Cheverie and | 7100-000 | NA | $7,500.07 | $7,500.07 | $0.00 |
| 33U | Connecticut Laborers' District Council. Robert M. Cheverie & Associates | 7100-000 | NA | $14,409.59 | $14,409.59 | $0.00 |
| 34 | Sherwin Williams | 7100-000 | $212.58 | $4,110.12 | $4,110.12 | $0.00 |
| 35 | Hartford Fire Insurance Company, as Assignee Hartford Specialty Company | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 36 | Adams Material | 7100-000 | $18,415.05 | $18,495.00 | $18,495.00 | $0.00 |
| 37 | Cross River Lock | 7100-000 | $185.50 | $185.50 | $185.50 | $0.00 |
| 38 | Dalton Enterprise | 7100-000 | $452.93 | $3,304.50 | $3,304.50 | $0.00 |

| 39 | CIT TECHNOLOGY FINANCING SERVICES, INC. c/o WELTMAN, WEINBERG & REIS, CO. | 7100-000 | NA | $22,610.37 | $22,610.37 | $0.00 |
| 40 | All State Traffic Control, LLC c/o Cicchetti, Tansley & McGrath LLP | 7100-000 | $1,556.60 | $2,042.13 | $2,042.13 | $0.00 |
| 41 | Ally Financial Inc. | 7100-000 | NA | $7,981.60 | $7,981.60 | $0.00 |
| 42 | CDC Landscaping | 7100-000 | $911.60 | $911.60 | $911.60 | $0.00 |
| 43 | MCVAC Environmental | 7100-000 | $4,014.60 | $4,014.60 | $4,014.60 | $0.00 |
| 44-3-Pen | Department of Revenue Services | 7300-000 | NA | $2,916.70 | $2,916.70 | $0.00 |
| 44U | State Of Connecticut Department of Revenue Services C&E Division, Bankruptcy Unit | 7100-000 | NA | $2,143.94 | $0.00 | $0.00 |
| 45-pen | State of Connecticut Department of Labor | 7300-000 | NA | $1,952.13 | $1,952.13 | $0.00 |
| 46 | Crystal Rock | 7100-000 | $191.76 | $185.09 | $185.09 | $0.00 |
| 47 | Pitney Bowes Global Financial Services | 7100-000 | $600.00 | $3,789.22 | $3,789.22 | $0.00 |
| 48 | Cablevision | 7100-000 | $340.50 | $681.00 | $681.00 | $0.00 |
| 50 | Selective Insurance Company | 7100-000 | NA | $60,824.00 | $60,824.00 | $0.00 |
| 51 | Pasiak Construction Services | 7100-000 | $3,040.00 | $28,484.60 | $28,484.60 | $0.00 |
| 52 | Custom Bandag of CT | 7100-000 | $2,954.05 | $2,989.05 | $2,989.05 | $0.00 |
| 53 | Superior Products District | 7100-000 | $2,811.33 | $1,914.03 | $1,914.03 | $0.00 |
| 56 | General Electric Capital Corporation Attn: Holly Stahr | 7100-000 | $16,926.77 | $19,440.08 | $19,440.08 | $0.00 |

| 57 | Colonial Pacific Leasing Corporation Attn: Holly Stahr | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
|----|----|----|----|----|----|----|
| 59 | New England Yankee Constructio | 7100-000 | $483.55 | $21,136.67 | $0.00 | $0.00 |
| 60 | IKON Financial Services Bankruptcy Administration | 7100-000 | $5,722.65 | $5,250.00 | $0.00 | $0.00 |
| 61 | The McGraw-Hill Companies | 7100-000 | NA | $571.80 | $0.00 | $0.00 |
| 62 | L. Suzio Concrete Company, Inc. David E. Wyskiel Solomon, Krupnikoff, and Wyskiel | 7100-000 | $805.20 | $1,769.93 | $805.20 | $0.00 |
| 64 | CMC Quality Equipment | 7100-000 | $15,207.20 | $16,291.67 | $0.00 | $0.00 |
| 65 | International Fidelity Insurance COmpany c/o Jomax Recovery Services | 7100-000 | NA | $84,800.13 | $84,800.13 | $0.00 |
| 67 | GE Capital Information Technology Solutions,Inc GECITS,Attn: Bankruptcy | 7100-000 | NA | $5,250.00 | $5,250.00 | $0.00 |
| 68 | City Oil Company, Inc. c/o Attorney JoAnn C. Silvia Michalik, Bauer, Silvia & Ciccarillo, LL | 7100-000 | $21,558.11 | $24,643.95 | $24,643.95 | $0.00 |
| 71 | YP Connecticut Information Services LLC Jeffrey M. Donofrio ,Esq. Ciulla & Donofrio , LLP | 7100-000 | $1,000.00 | $31,473.42 | $31,473.42 | $0.00 |
| 72 | Town of East Haven Zullo and Jacks, LLC | 7100-000 | NA | $11,511.69 | $11,511.69 | $0.00 |
| 76U | ARS Investors II 2012-HVB, LLC c/o Evan S. Goldstein, Esq. Updike Kelly & Spellacy, PC | 7100-000 | NA | $6,000,000.00 | $6,000,000.00 | $0.00 |
| 79 | Ann Marie Ziegler | 7200-000 | NA | $7,497.00 | $7,497.00 | $0.00 |
| N/F | A Vitti Recycling | 7100-000 | $121,636.49 | NA | NA | NA |

| N/F | A&J Construction | 7100-000 | $2,650.00 | NA | NA | NA |
| N/F | ACG Associates | 7100-000 | $443.75 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $1,578.04 | NA | NA | NA |
| N/F | AT&T Yellow Pages | 7100-000 | $11,397.72 | NA | NA | NA |
| N/F | Abele Tractor & Equipment Co. | 7100-000 | $143,435.00 | NA | NA | NA |
| N/F | Accordant Company | 7100-000 | $4,056.73 | NA | NA | NA |
| N/F | Advanced Data Network | 7100-000 | $413.92 | NA | NA | NA |
| N/F | Advanta Bank | 7100-000 | $25,615.33 | NA | NA | NA |
| N/F | Aqua Environmental Lab | 7100-000 | $40.00 | NA | NA | NA |
| N/F | BP Amocco | 7100-000 | $1,904.89 | NA | NA | NA |
| N/F | Bill's Service | 7100-000 | $2,229.00 | NA | NA | NA |
| N/F | Black & Boucher | 7100-000 | $4,950.00 | NA | NA | NA |
| N/F | Blue Book | 7100-000 | $6,912.00 | NA | NA | NA |
| N/F | Bojadzic Masonry, LLC | 7100-000 | $9,265.00 | NA | NA | NA |
| N/F | Bridgeport Police Dept. | 7100-000 | $3,042.63 | NA | NA | NA |
| N/F | CBS | 7100-000 | $566.75 | NA | NA | NA |
| N/F | CIT | 7100-000 | $4,116.19 | NA | NA | NA |
| N/F | CL&P | 7100-000 | $9,762.00 | NA | NA | NA |
| N/F | CNA Surety | 7100-000 | $3,385.75 | NA | NA | NA |
| N/F | Campbell Foundary Co. | 7100-000 | $3,605.78 | NA | NA | NA |
| N/F | Central Transport | 7100-000 | $45.00 | NA | NA | NA |

| N/F | Chase | 7100-000 | $390.30 | NA | NA | NA |
|-----|-------|----------|---------|-----|-----|-----|
| N/F | Citi Business | 7100-000 | $13,204.98 | NA | NA | NA |
| N/F | City of Nowalk | 7100-000 | $771.49 | NA | NA | NA |
| N/F | Concrete Cutting Co. | 7100-000 | $1,344.00 | NA | NA | NA |
| N/F | Connecticut Laborers Union | 7100-000 | $550,000.00 | NA | NA | NA |
| N/F | Connecticut Traffic Control | 7100-000 | $2,972.79 | NA | NA | NA |
| N/F | Consolidated Express Services | 7100-000 | $103.54 | NA | NA | NA |
| N/F | Construction Data Co. | 7100-000 | $2,665.00 | NA | NA | NA |
| N/F | County Reproduction | 7100-000 | $142.55 | NA | NA | NA |
| N/F | Creditor # : 101 Patriot National Bank | 7100-000 | $464.00 | NA | NA | NA |
| N/F | Creditor # : 102 Peckham Industries | 7100-000 | $101,172.00 | NA | NA | NA |
| N/F | Creditor # : 105 Primary Medical Care Center | 7100-000 | $55.00 | NA | NA | NA |
| N/F | Creditor # : 106 Progressive Insurance | 7100-000 | $358.54 | NA | NA | NA |
| N/F | Creditor # : 107 Purchase Power | 7100-000 | $116.93 | NA | NA | NA |
| N/F | Creditor # : 108 Quest Software | 7100-000 | $389.00 | NA | NA | NA |
| N/F | Creditor # : 109 Regions Interstate Billing | 7100-000 | $1,031.89 | NA | NA | NA |
| N/F | Creditor # : 110 Rick Boshka Electric | 7100-000 | $5,606.25 | NA | NA | NA |
| N/F | Creditor # : 111 Rising Sign | 7100-000 | $955.59 | NA | NA | NA |
| N/F | Creditor # : 112 Robrand Products | 7100-000 | $1,389.76 | NA | NA | NA |

| N/F | Creditor # : 113 Safety Kleen | 7100-000 | $500.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Creditor # : 115 Shawn Splan | 7100-000 | $2,137.50 | NA | NA | NA |
| N/F | Creditor # : 117 Simone Macca & Larrow | 7100-000 | $13,116.00 | NA | NA | NA |
| N/F | Creditor # : 119 Stamford Iron and Steelworks | 7100-000 | $2,795.76 | NA | NA | NA |
| N/F | Creditor # : 121 Suite Sounds | 7100-000 | $2,465.63 | NA | NA | NA |
| N/F | Creditor # : 124 The Hartford | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Creditor # : 125 The King Covers | 7100-000 | $546.37 | NA | NA | NA |
| N/F | Creditor # : 126 The Norwalk Hour | 7100-000 | $13.00 | NA | NA | NA |
| N/F | Creditor # : 127 Town of Fairfield | 7100-000 | $741.00 | NA | NA | NA |
| N/F | Creditor # : 128 Transclean | 7100-000 | $87.70 | NA | NA | NA |
| N/F | Creditor # : 129 Tri Products | 7100-000 | $223.01 | NA | NA | NA |
| N/F | Creditor # : 130 Tyler Equipment | 7100-000 | $1,060.00 | NA | NA | NA |
| N/F | Creditor # : 131 United Rentals | 7100-000 | $3,966.65 | NA | NA | NA |
| N/F | Creditor # : 132 United Shipping Solutions | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Creditor # : 134 Verizon Wireless | 7100-000 | $522.77 | NA | NA | NA |
| N/F | Creditor # : 135 Village Office Supply | 7100-000 | $173.62 | NA | NA | NA |
| N/F | Creditor # : 136 Vista Imaging Supplies | 7100-000 | $397.86 | NA | NA | NA |
| N/F | Creditor # : 137 Vogue Electric, Inc. | 7100-000 | $1,200.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Creditor # : 138 Walden Springs Water | 7100-000 | $12.69 | NA | NA | NA |
| N/F | Creditor # : 139 Waste Management | 7100-000 | $891.29 | NA | NA | NA |
| N/F | Creditor # : 140 WB Mason | 7100-000 | $546.41 | NA | NA | NA |
| N/F | Creditor # : 141 WCN Wood of Connecticut | 7100-000 | $147.20 | NA | NA | NA |
| N/F | Creditor # : 142 Westchester Tractor | 7100-000 | $4,326.00 | NA | NA | NA |
| N/F | Creditor # : 143 Westco Ford | 7100-000 | $11.36 | NA | NA | NA |
| N/F | Creditor # : 144 Westport Police Department | 7100-000 | $2,185.00 | NA | NA | NA |
| N/F | Creditor # : 145 Whitney & Son | 7100-000 | $25.00 | NA | NA | NA |
| N/F | Creditor # : 146 William Seymour & Association | 7100-000 | $150.00 | NA | NA | NA |
| N/F | Creditor # : 147 World Diamond Source | 7100-000 | $973.75 | NA | NA | NA |
| N/F | Creditor # : 148 Yankeegas | 7100-000 | $6,310.17 | NA | NA | NA |
| N/F | Creditor # : 150 Youngs Nursery | 7100-000 | $373.65 | NA | NA | NA |
| N/F | DCFS-USA | 7100-000 | $967.04 | NA | NA | NA |
| N/F | DHL Express | 7100-000 | $7.94 | NA | NA | NA |
| N/F | Dell Financial | 7100-000 | $285.14 | NA | NA | NA |
| N/F | Department of Motor Vehicles | 7100-000 | $134.64 | NA | NA | NA |
| N/F | Department of Revenue Services | 7100-000 | $1.00 | NA | NA | NA |
| N/F | E. Mackley & Sons | 7100-000 | $17,896.72 | NA | NA | NA |
| N/F | EGC Environmental Services | 7100-000 | $5,142.00 | NA | NA | NA |

| N/F | Eagle Fence | 7100-000 | $750.00 | NA | NA | NA |
| N/F | Eagle Leasing | 7100-000 | $789.70 | NA | NA | NA |
| N/F | Earth Transport Trucking | 7100-000 | $905.00 | NA | NA | NA |
| N/F | Ehrbar | 7100-000 | $8,219.95 | NA | NA | NA |
| N/F | Express Financial Staffing | 7100-000 | $2,978.79 | NA | NA | NA |
| N/F | Exxon Mobil | 7100-000 | $20,283.52 | NA | NA | NA |
| N/F | Fastenal | 7100-000 | $162.83 | NA | NA | NA |
| N/F | Father & Son Plumbing & Heatin | 7100-000 | $4,498.00 | NA | NA | NA |
| N/F | FedEx | 7100-000 | $18.31 | NA | NA | NA |
| N/F | Fergusson Waterworks | 7100-000 | $6,961.13 | NA | NA | NA |
| N/F | Fleetmatics | 7100-000 | $33,000.00 | NA | NA | NA |
| N/F | Fox Steel | 7100-000 | $7,645.70 | NA | NA | NA |
| N/F | Gault | 7100-000 | $6,993.57 | NA | NA | NA |
| N/F | Gelt Enterprises | 7100-000 | $345.69 | NA | NA | NA |
| N/F | Genalco | 7100-000 | $3,524.80 | NA | NA | NA |
| N/F | Grumman Engineering | 7100-000 | $7,275.00 | NA | NA | NA |
| N/F | HMB Acoustics | 7100-000 | $1,300.00 | NA | NA | NA |
| N/F | HOCON Industrial Gas | 7100-000 | $84.75 | NA | NA | NA |
| N/F | Hatch & Bailey | 7100-000 | $4,808.36 | NA | NA | NA |
| N/F | IUOE  478 | 7100-000 | $104,000.00 | NA | NA | NA |
| N/F | Ingersoil Rand Financial | 7100-000 | $3,534.40 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | JL Seaman, LLC | 7100-000 | $51.40 | NA | NA | NA |
| N/F | Jack Farrelly Company | 7100-000 | $411.24 | NA | NA | NA |
| N/F | Jerrys Upholstery | 7100-000 | $476.76 | NA | NA | NA |
| N/F | John Paul Garcia & Assoc. | 7100-000 | $11,403.98 | NA | NA | NA |
| N/F | Kelly Enterprises | 7100-000 | $4,500.00 | NA | NA | NA |
| N/F | M&B Automotive Machine Shop | 7100-000 | $5,088.00 | NA | NA | NA |
| N/F | ME Obrien & Sons | 7100-000 | $6,276.00 | NA | NA | NA |
| N/F | Magna Steel Sales | 7100-000 | $2,707.23 | NA | NA | NA |
| N/F | Mario DeVivo | 7100-000 | $365,000.00 | NA | NA | NA |
| N/F | Mobil Mini | 7100-000 | $703.02 | NA | NA | NA |
| N/F | Mohican Valley Corp. | 7100-000 | $1,700.88 | NA | NA | NA |
| N/F | NOPWV Severance Trust | 7100-000 | $1,290.00 | NA | NA | NA |
| N/F | Nationwide Mutual Insurance | 7100-000 | $1,747.95 | NA | NA | NA |
| N/F | O&G Industries | 7100-000 | $194,848.60 | NA | NA | NA |
| N/F | Occupation Health | 7100-000 | $649.00 | NA | NA | NA |
| N/F | One Communication | 7100-000 | $1,646.86 | NA | NA | NA |
| N/F | One Stop Hose & Hydraulics | 7100-000 | $303.44 | NA | NA | NA |
| N/F | Overhead Door | 7100-000 | $664.25 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,283,876.19** | **$7,230,965.98** | **$7,167,714.38** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 09-52627(JAM)

**Case Name:** GRASSO CONSTRUCTION, THE I ORIGINAL

**For Period Ending:** 01/29/2019

**Trustee Name:** (270230) Kara S. Rescia

**Date Filed (f) or Converted (c):** 02/11/2014 (c)

**§ 341(a) Meeting Date:** 03/21/2014

**Claims Bar Date:** 06/19/2014

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | First County Bank | 9,000.00 | 0.00 | | 0.00 | FA |
| 2 | Security Deposit | 4,375.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable | 481,701.29 | 0.00 | | 0.00 | FA |
| 4 | Automobiles, trucks, trailers SEE ATTACHED LIST Location: In debtor's Possession | 173,500.00 | 173,500.00 | | 200,000.00 | FA |
| 5 | Office equipment, furniture | 11,920.00 | 0.00 | | 0.00 | FA |
| 6 | 1997 CAT 416C Backhoe | 35,000.00 | 25,000.00 | | 25,000.00 | FA |
| 7 | Equipment SEE ATTACHED LIST Location: In debtor's possession | 783,890.00 | 507,443.53 | | 500,000.00 | FA |
| 8 | Inventory | 69,312.00 | 0.00 | | 0.00 | FA |
| 9 | potential fraudulent transfers (u) | 1.00 | 1.00 | | 0.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$1,568,699.29** | **$705,944.53** | | **$725,000.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 09-52627(JAM)

**Case Name:** GRASSO CONSTRUCTION, THE I ORIGINAL

**For Period Ending:** 01/29/2019

**Trustee Name:** (270230) Kara S. Rescia

**Date Filed (f) or Converted (c):** 02/11/2014 (c)

**§ 341(a) Meeting Date:** 03/21/2014

**Claims Bar Date:** 06/19/2014

**Major Activities Affecting Case Closing:**

4/04/2018 I have finally received verification from Attorney Mondell that CT DOL claim is accurate but that DRS admin claim needs to be amended. I will await to review said amended claim once filed. Then I will take steps to finalize admin claims and prepare final report.

02/01/2018 I received an offer to purchase remnant assets of debtor if any. As the amount being offered is nominal, after investigation, I have determined that it would not be cost effective as the cost of attempting to get such court approval would exceed the value of the nominal offer.

12/15/2017 I am awaiting verification from IRS as to balance of its priority claims prior to preparing final report.

09/11/2017 After many, many months of conflicting notices from the IRS all tax issues appear to be resolved based on most memorandum received from IRS. I can now make a final of review of claims prior to taking steps to prepare final report

06/22/2017 I continue to receive notices from IRS but no waiver of assessment to date. I have just signed a power of attorney for estate accountants to deal directly with IRS to resolve the issue.

03/21/2017 I just received an assessment from IRS as to estate returns file and have have sent same to accountants for estate to review and advise and respond.

02/21/2017 I have responded to inquires sent by IRS as to information in estate returns due to lack of records of the debtor. Hoping to get confirmation of accepted returns within a few months from IRS so that I can then prepare my final report.

12/21/2016 The accountants have completed the estate returns. I filed the returns and requested prompt determinations from IRS and DRS.

10/25/2016 After much work by accountants to reconstruct missing financial records, estate tax returns are done.

07/26/2016 Accountant has reported that they are finally able to begin preparing tax returns due to information received from prior accountants.

06/01/2016 Accounts are still attempting to obtain necessary info. for tax returns.

03/31/2016 Accountant is workings on tax returns but waiting for information from debtor's counsel as to tax basis of equipment sold by estate.

12/21/2015 Special counsel advises that after investigation post-petition claims against insiders may not be viable, not cost effective. He will provide a memorandum. Accountant will then prepare estate tax returns.

09/30/2015 Special Counsel has reported that he has requested approval and strategy from taxing authorities as to potential post-petition claims.

06/30/2015 Special Counsel has reviewed requested documents from principals of debtor and still awaiting more documents from CRO Kevin Tierney to explore potential post-petition claims.

03/31/2015 Special Counsel has finally received the requested documents from principals of debtor and CRO Kevin Tierney to explore potential post-petition claims.

03/12/2015 I have just filed an application to employ accountants for returns fro sale of equipment and possible forensic work.

11/12/14-Special Counsel has requested documents from principals of debtor and CRO Kevin Tierney to explore potential post-petition claims and filed objection to City of Norwalk's claim.

10/08/14-Special counsel has filed application for compensation for services rendered in connection with sale of equipment.

09/02/14-File Motion to modify retention order of special counsel

07/06/14-Sale of equipment approved and distribution to be made to secured creditors pursuant to order once funds are received and closing consummated.

05/21/14-Veranda new entity to be formed by Grasso family has agreed to purchase equipment from estate with discussions with all lien holders as to proceeds to be worked out for carve-out to estate. Sale motion to be prepared and filed by special counsel. Still investigating as to post-confirmation avoidance claims.

**Initial Projected Date Of Final Report (TFR):** 06/30/2015

**Current Projected Date Of Final Report (TFR):** 06/18/2018 (Actual)

01/29/2019
_____
Date

/s/Kara S. Rescia
_____
Kara S. Rescia

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 09-52627(JAM) | | **Trustee Name:** | | Kara S. Rescia (270230) | |
| **Case Name:** | GRASSO CONSTRUCTION, THE I ORIGINAL | | **Bank Name:** | | Rabobank, N.A. | |
| | | | **Account #:** | | ******6466 Checking Account | |
| **Taxpayer ID #:** | **-***5733 | | **Blanket Bond (per case limit):** | | $22,204,765.00 | |
| **For Period Ending:** | 01/29/2019 | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/16/14 | {4} | The Law Offices of Jeffrey Hellman, LLC | Deposit from Veranda LLC for purchase of Equipment and Vehicles | 1129-000 | 75,000.00 | | 75,000.00 |
| 07/17/14 | | COMMERCIAL CREDIT GROUP INC/WELLS FARGO SF | Veranda, LLC Payment for Equipment and Vehicles sold per Sale Order Doc Id 455 | | 650,000.00 | | 725,000.00 |
| | {4} | | per sale Order Doc Id 455 $125,000.00 | 1129-000 | | | 725,000.00 |
| | {6} | | per sale Order Doc Id 455 $25,000.00 | 1129-000 | | | 725,000.00 |
| | {7} | | per Sale Order Doc Id 455 $500,000.00 | 1129-000 | | | 725,000.00 |
| 07/24/14 | 101 | ARS II 2012-HVB, LLC | Payoff of Secured Debt Per Court Order Doc ID. 455 | 4210-000 | | 327,335.12 | 397,664.88 |
| 07/24/14 | 102 | Caterpiller Financial Services Corp. | Payoff of Secured Debt Per Court Order Doc ID. 455 | 4210-000 | | 68,618.88 | 329,046.00 |
| 07/24/14 | 103 | Abele Tractor & Equipment Co. | Payoff of Secured Debt Per Court Order Doc ID. 455 | 4210-000 | | 129,000.00 | 200,046.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 467.35 | 199,578.65 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.97 | 199,291.68 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 305.76 | 198,985.92 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 295.75 | 198,690.17 |
| 11/04/14 | 104 | Law Offices of Jeffrey Hellman, LLC | Per Order dated 11/4/104 Doc Id 487 | 3210-000 | | 22,000.00 | 176,690.17 |
| 11/04/14 | 105 | Law Offices of Jeffrey Hellman, LLC | Per Order dated 11/4/104 Doc Id 487 | 3220-000 | | 1,004.25 | 175,685.92 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.04 | 175,451.88 |
| 12/22/14 | 106 | Kara S. Rescia, Chapter 7 Bankruptcy Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/31/2014 FOR CASE #09-52627, Bond Reimbursement | 2300-000 | | 163.06 | 175,288.82 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.95 | 175,002.87 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 251.71 | 174,751.16 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.59 | 174,516.57 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 267.75 | 174,248.82 |

Page Subtotals: **$725,000.00    $550,751.18**

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 09-52627(JAM) | Trustee Name: | Kara S. Rescia (270230) |
|---|---|---|---|
| Case Name: | GRASSO CONSTRUCTION, THE I ORIGINAL | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******6466 Checking Account |
| Taxpayer ID #: | **-***5733 | Blanket Bond (per case limit): | $22,204,765.00 |
| For Period Ending: | 01/29/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 250.62 | 173,998.20 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.92 | 173,756.28 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 266.58 | 173,489.70 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 257.85 | 173,231.85 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.86 | 172,990.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.43 | 172,725.56 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 248.43 | 172,477.13 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 239.81 | 172,237.32 |
| 12/09/15 | 107 | International Sureties, LTD | Ch. 7 Blanket Bond Connecticut-Region 2 12/1/4-12/1/15 Bond No. 016027937 Voided on 12/18/2015 | 2300-004 | | 73.80 | 172,163.52 |
| 12/09/15 | 108 | International Sureties, LTD | Ch. 7 Blanket Bond Connecticut-Region 2 12/1/4-12/1/15 Bond No. 016027937 | 2300-000 | | 73.80 | 172,089.72 |
| 12/18/15 | 107 | International Sureties, LTD | Ch. 7 Blanket Bond Connecticut-Region 2 12/1/4-12/1/15 Bond No. 016027937 Voided on 12/18/2015 | 2300-004 | | -73.80 | 172,163.52 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 272.47 | 171,891.05 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 238.36 | 171,652.69 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 238.01 | 171,414.68 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 270.50 | 171,144.18 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 237.30 | 170,906.88 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 236.97 | 170,669.91 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 269.32 | 170,400.59 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 236.27 | 170,164.32 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 268.49 | 169,895.83 |

Page Subtotals:  $0.00  $4,352.99

Exhibit 9
Page:  3

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 09-52627(JAM) | Trustee Name: | Kara S. Rescia (270230) |
|---|---|---|---|
| Case Name: | GRASSO CONSTRUCTION, THE I ORIGINAL | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******6466 Checking Account |
| Taxpayer ID #: | **-***5733 | Blanket Bond (per case limit): | $22,204,765.00 |
| For Period Ending: | 01/29/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 243.70 | 169,652.13 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 235.23 | 169,416.90 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 259.23 | 169,157.67 |
| 12/14/16 | 109 | International Sureties, LTD | 12/1/16-12/1/17 Ch. 7 Blanket Bond CT Region 2 | 2300-000 | | 50.09 | 169,107.58 |
| 12/22/16 | 110 | Internal Revenue Service | 2014 U.S. Corporate Income Tax Return ending 5/31/2015 | 2810-000 | | 4,506.00 | 164,601.58 |
| 12/22/16 | 111 | State of Connecticut-Department of Revenue Services | 2014 Connecticut Corporate Income Tax Return ending 5/31/2015 | 2820-000 | | 969.00 | 163,632.58 |
| 12/23/16 | 112 | State of Connecticut Department of Revenue Services | 2015 Fiscal Year Connecticut Corporate Income Tax Return ending 5/31/2016 | 2820-000 | | 1,868.00 | 161,764.58 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 242.62 | 161,521.96 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 250.96 | 161,271.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 216.49 | 161,054.51 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 239.37 | 160,815.14 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 215.88 | 160,599.26 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 254.09 | 160,345.17 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 230.63 | 160,114.54 |
| 07/27/17 | 113 | Internal Revenue Service | Tax Period ending May 31, 2015, Employer ID 06-1455733, Form No. 1120 | 2810-000 | | 233.24 | 159,881.30 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 222.62 | 159,658.68 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 252.69 | 159,405.99 |
| 09/27/17 | | Transfer to United Bank | Transfer to account xxxxxx0365 | 9999-000 | | 159,405.99 | 0.00 |

| | | | Page Subtotals: | | $0.00 | $169,895.83 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:   4

| | | |
|---|---|---|
| **Case No.:** | 09-52627(JAM) | |
| **Case Name:** | GRASSO CONSTRUCTION, THE I ORIGINAL | |
| **Taxpayer ID #:** | **-***5733 | |
| **For Period Ending:** | 01/29/2019 | |

| | |
|---|---|
| **Trustee Name:** | Kara S. Rescia (270230) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6466 Checking Account |
| **Blanket Bond (per case limit):** | $22,204,765.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | | | | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | | 725,000.00 | 725,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 159,405.99 | |
| | | **Subtotal** | | | 725,000.00 | 565,594.01 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $725,000.00 | $565,594.01 | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:  5

| Case No.: | 09-52627(JAM) | Trustee Name: | Kara S. Rescia (270230) |
|---|---|---|---|
| Case Name: | GRASSO CONSTRUCTION, THE I ORIGINAL | Bank Name: | United Bank |
| | | Account #: | ********0365 Checking Account |
| Taxpayer ID #: | **-***5733 | Blanket Bond (per case limit): | $22,204,765.00 |
| For Period Ending: | 01/29/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/27/17 | | Transfer from Rabobank | Transfer from xxxxxx6466 | 9999-000 | 159,405.99 | | 159,405.99 |
| 09/29/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 221.63 | 159,184.36 |
| 10/31/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 244.22 | 158,940.14 |
| 11/30/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 205.75 | 158,734.39 |
| 12/01/17 | 1000 | International Sureties, LTD | Bond 016027937 Invoice Payment Term:12/1/2017-12/1/2018 | 2300-000 | | 48.21 | 158,686.18 |
| 12/29/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 220.65 | 158,465.53 |
| 01/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 250.72 | 158,214.81 |
| 02/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 212.39 | 158,002.42 |
| 03/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 227.26 | 157,775.16 |
| 04/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 219.37 | 157,555.79 |
| 05/02/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | -219.37 | 157,775.16 |
| 07/26/18 | 1001 | Internal Revenue Service | Dividend paid 100.00% on $5,439.06 / Claim #3-5 -S-1 Doc Id ECF / Filed: $5,439.06 | 4300-070 | | 5,439.06 | 152,336.10 |
| 07/26/18 | 1002 | Internal Revenue Service | Dividend paid 100.00% on $20,765.33 / Claim #3-5-S-2 Doc Id ECF / Filed: $20,765.33 | 4300-070 | | 20,765.33 | 131,570.77 |
| 07/26/18 | 1003 | Internal Revenue Service | Dividend paid 100.00% on $98,013.84 / Claim #3-5-S-3 Doc Id ECF / Filed: $98,013.84 | 4300-070 | | 34,118.06 | 97,452.71 |
| 07/26/18 | 1004 | Department of Revenue Services | Dividend paid 100.00% on $49,969.04 / Claim #44-3-S Doc Id ECF / Filed: $49,969.04 | 4800-070 | | 49,969.04 | 47,483.67 |
| 07/26/18 | 1005 | Kara S. Rescia | Dividend paid 100.00% on $39,500.00 / Claim #FEE Doc Id ECF / Filed: $39,500.00 | 2100-000 | | 39,500.00 | 7,983.67 |
| 07/26/18 | 1006 | Kara S. Rescia | Dividend paid 100.00% on $383.67 / Claim #TE Doc Id ECF / Filed: $383.67 | 2200-000 | | 383.67 | 7,600.00 |
| 07/26/18 | 1007 | Blum Shapiro & Company, P.C. | Dividend paid 100.00% on $7,275.00 / Claim # Doc Id ECF / Filed: $7,275.00 | 3410-000 | | 7,275.00 | 325.00 |
| 07/26/18 | 1008 | United States Trustee | Dividend paid 100.00% on $325.00 / Claim #66 Doc Id ECF / Filed: $325.00 | 2950-000 | | 325.00 | 0.00 |
| | | | Page Subtotals: | | $159,405.99 | $159,405.99 | |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | |
|---|---|
| **Case No.:** | 09-52627(JAM) |
| **Case Name:** | GRASSO CONSTRUCTION, THE I ORIGINAL |
| **Taxpayer ID #:** | **-***5733 |
| **For Period Ending:** | 01/29/2019 |

| | |
|---|---|
| **Trustee Name:** | Kara S. Rescia (270230) |
| **Bank Name:** | United Bank |
| **Account #:** | ********0365 Checking Account |
| **Blanket Bond (per case limit):** | $22,204,765.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 159,405.99 | 159,405.99 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 159,405.99 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 159,405.99 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $159,405.99 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| | |
|---|---|
| **Case No.:** | 09-52627(JAM) |
| **Case Name:** | GRASSO CONSTRUCTION, THE I ORIGINAL |
| **Taxpayer ID #:** | **-***5733 |
| **For Period Ending:** | 01/29/2019 |

| | |
|---|---|
| **Trustee Name:** | Kara S. Rescia (270230) |
| **Bank Name:** | United Bank |
| **Account #:** | *******0365 Checking Account |
| **Blanket Bond (per case limit):** | $22,204,765.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $725,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $725,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6466 Checking Account | $725,000.00 | $565,594.01 | $0.00 |
| *******0365 Checking Account | $0.00 | $159,405.99 | $0.00 |
| | $725,000.00 | $725,000.00 | $0.00 |

| | |
|---|---|
| 01/29/2019 | /s/Kara S. Rescia |
| Date | Kara S. Rescia |

UST Form 101-7-TDR (10 /1/2010)